IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH DICKINSON, | § | |
| | § | No. 125, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 0901009990A (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  September 8, 2020
Decided:   October 16, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

**O R D E R**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the Superior Court record, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its March 2, 2020 order summarily dismissing the appellant's third motion for postconviction relief.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*_____
Justice

---

[1] *State v. Dickinson*, 2020 WL 1227810 (Del. Super. Ct. Mar. 2, 2020).